Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-91119 MPG  
**Case Name:** RJW WILLIAMS FARMS, INC.  

**Period Ending:** 03/30/22  

**Trustee:** (330460)   James R. Inghram  
**Filed (f) or Converted (c):** 11/10/16 (f)  
**§341(a) Meeting Date:** 12/15/16  
**Claims Bar Date:** 04/05/17  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | First Farmers Bank and Trust Business Checking 3222 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | First Security Bank Business Checking 0000 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | soybeans to be harvested | 350,000.00 | 350,000.00 | | 0.00 | FA |
| 5 | Farm machinery and equipment<br>Amended Schedule A/B 2/14/17 | 744,500.00 | 664,500.00 | | 0.00 | FA |
| 6 | grease, oil, fuel, filters, pumps | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 7 | 79 acres farm ground, Piatt County, IL | 671,500.00 | 671,500.00 | | 0.00 | FA |
| 8 | 2001 Ford F450, fuel trailers with 700 gallon | 10,000.00 | 10,000.00 | | 25,000.00 | FA |
| 9 | 80 acres farm ground, Piatt County, IL | 680,000.00 | 680,000.00 | | 0.00 | FA |
| 10 | 156 acres farm ground, Piatt County, IL | 1,326,000.00 | 0.00 | | 0.00 | FA |
| 11 | USDA Ag. Risk Coverage Program Payments (u) | 0.00 | 5.00 | | 52,918.00 | FA |
| 12 | Undiscloseed life insurance cash value (u) | 0.00 | 25,000.00 | | 28,126.54 | FA |
| 13 | Syngenta claim (u) | 0.00 | 0.00 | | 20,169.82 | FA |
| 14 | Piatt County Farm Service lawsuit (u)<br>Amended Schedule A/B 3/7/17 | 0.00 | 0.00 | | 0.00 | 50,000.00 |
| 15 | Evergreen FS, Inc. stock (u) | 0.00 | 0.00 | | 0.00 | 625.00 |
| 16 | First Mid Illinois Bank & Trust Business checking 9962 | 2,119.15 | 2,119.15 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-91119 MPG  
**Case Name:** RJW WILLIAMS FARMS, INC.  

**Period Ending:** 03/30/22

**Trustee:** (330460)   James R. Inghram  
**Filed (f) or Converted (c):** 11/10/16 (f)  
**§341(a) Meeting Date:** 12/15/16  
**Claims Bar Date:** 04/05/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | VOID-Duplicate of Asset #14  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets**    **Totals**  (Excluding unknown values) | **$3,788,619.15** | **$2,407,624.15** | | **$126,214.36** | **$50,625.00** |

**Major Activities Affecting Case Closing:**

4/18/22 Application to Employ accountant filed  
3/4/22 Conference with Attorney Cox re status of trial  
2/3/22 Conference with accountant re taxes to be done  
10/5/21 Receipt of file and review for matters to be done  

\*\*\*Trustee Wilson's Notes\*\*\*

3/25/2021 Emails with Finet regarding corporate returns and their completion.  
3/24/2021 Email to counsel Cox with contingency agreement for pending lawsuit.  
2/02/2021 Order in on Compromise for Syngenta claim. Sent to Claims admin.  
2/02/2021 Sent Order on Compromise to Claims Administrator.  
11/20/2020 Emails with counsel re: Syngenta settlement  
10/08/2020 Emails with counsel re: status of Syngenta settlement  
5/28/2020 Phone call from Brown Greer regarding update on Corn Seed Settlement  
4/28/2020 Email regarding verified statement and fee agreement  
4/09/2020 Spoke Brown Greer regarding Corn Seed Settlement  
3/03/2020 Letter sent re: status of Syngenta claim  
2/27/2020 Contact with previous counsel regarding civil case and possible representation.  
2/26/2020 W-9 information sent in for Syngenta claim.  
1/22/2020 Syngenta claim still pending.email to counsel re: status.  
10/29/2019 Contact with possible counsel for representation on civil case.  
7/17/2019 Contact with possible counsel for representation on civil case.

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-91119 MPG  
**Case Name:** RJW WILLIAMS FARMS, INC.  

**Period Ending:** 03/30/22

**Trustee:** (330460)   James R. Inghram  
**Filed (f) or Converted (c):** 11/10/16 (f)  
**§341(a) Meeting Date:** 12/15/16  
**Claims Bar Date:** 04/05/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/29/2019 Syngenta claim on hold - appeal pending  
4/10/2019 Email with acct.Awaiting word from counsel on Syngenta claim.  
3/20/2019 Phone call acct.  
2/13/2019 Review file on status of Syngenta claim  
1/21/2019 Email att  
11/28/2018 Verification of email  
9/17/2018 Email acct.  
7/30/2018 Receipt and review Motion to Lift stay filed by Gifford SB re: anhydrous tanks. Phone conf with JC. review of additional file documents and schedules.  
6/25/2018 Ph call auctioneer.  
5/08/2018 ltr trailer AM  
5/02/2018 Ltr clerk  
4/25/2018 Receipt and review email from A. Mann re: trailer payoff.  
4/24/2018 Receipt and respond to email from A. Mann rep. Cerro Gordo Bank.  
4/23/2018 Ltr to Attorneys copy of order to employ  
3/27/2018 Avoidance of liens. Employment of counsel for variety of adverse actions. Negotiations with secured creditors. Sale of titled vehicles.  
1/27/2018 TFR extended to allow time for adversary actions/preference claims.  
3/22/2017 Motion for Relief from stay and abandonment pending with First Financial.

**Initial Projected Date Of Final Report (TFR):** September 28, 2017    **Current Projected Date Of Final Report (TFR):** December 31, 2022